Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Joshua Garcia, | ) | Case No. 2:11-cv-01560-JAT |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| Firstsource Financial Solutions, LLC fka | ) | |
| Firstsource Financial Solutions, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

District Court of Arizona, Plaintiff's Notice of Settlement with all claims pending having

been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days

within which to complete the settlement and to file a Dismissal in this matter. This Court

shall retain jurisdiction over this matter until fully resolved.


Dated this 19th day of October, 2011.


By: s/Marshall Meyers
Marshall Meyers (020584)
**WEISBERG & MEYERS, LLC**

1

2   Filed electronically on this 19th day of October, 2011, with:

3   United States District Court CM/ECF system

4

5

6
    By: s/Dana Patch
7       Dana Patch

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Settlement