Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Garcia, | ) Case No. 2:11-cv-01560-JAT |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| Firstsource Financial Solutions, LLC fka | ) |
| Firstsource Financial Solutions, Inc., | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 14th day of November, 2011.

        By:s/Marshall Meyers
        **Marshall Meyers**
        **WEISBERG & MEYERS, LLC**
        **5025 North Central Ave., #602**
        **Phoenix, AZ 85012**
        **602 445 9819**
        **866 565 1327 facsimile**
        **mmeyers@AttorneysForConsumers.com**
        **Attorney for Plaintiff**

Notice of Dismissal  - 1

1  Filed electronically on this 14th day of November, 2011, with:

2  United States District Court CM/ECF system

3

4

5  By: s/Jessica DeCandia
       Jessica DeCandia
6